**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7149

ROBERT WILLIAM LOSE, JR.,

Plaintiff - Appellant,

v.

CPS OFFICER; FELICA BACHOR, CPS Worker/DHHR Worker; CONGRESS OF THE STATE OF WEST VIRGINIA; DEPUTY OF CPS CHARSTEN, WV; MARION COUNTY CPS OFFICE; MORGANTOWN WV CPS OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:22-cv-00213-JPB)

Submitted:  March 21, 2023                    Decided:  March 24, 2023

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert William Lose, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lose, Jr., appeals the district court's order adopting the magistrate judge's recommendation and dismissing without prejudice Lose's civil action challenging a state court custody decision pursuant to 28 U.S.C. § 1915(g).[*] On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Lose's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's order is final and appealable because the court did not give Lose leave to amend his complaint. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022).

2